✎AO 440 (Rev. 10/93) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

District of **MASSACHUSETTS**

DIRECTV, Inc.

V.

James Constantino

**SUMMONS IN A CIVIL CASE**

CASE NUMBER: 03 - 12284 JLT

TO: (Name and address of Defendant)

James Constantino
451 Broad Street
Bridgewater, MA 02324

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

John McLaughlin
McLaughlin Sacks, LLC
31 Trumbull Road
Northampton, MA 01060

an answer to the complaint which is herewith served upon you, within _twenty (20)_ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

TONY ANASTAS

CLERK

DATE    NOV 17 2003

(By) DEPUTY CLERK



**Plymouth County Sheriff's Department**  •  P.O. Box 1663  •  Brockton, MA 02303  •  580-2110

*Plymouth, ss.*

February 6, 2004

I hereby certify and return that on 2/5/2004 at 07:00 am I served a true and attested copy of the summons, complaint, civil cover sheet, case cover sheet and corporate disclosure in this action in the following manner: To wit, by delivering in hand to James Constantino at , 451 Broad Street, Bridgewater, MA 02324. Basic Service Fee ($20.00), Conveyance ($1.50), Travel ($16.00), Postage and Handling ($3.00), Attest (2 copies) ($10.00) Total Charges $50.50

*Deputy Sheriff*

Deputy Sheriff Edward J. Wiedemann

☐ Other (specify): _____

| STATEMENT OF SERVICE FEES | | |
|---|---|---|
| TRAVEL | SERVICES | TOTAL |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on _____          _____
                    Date                    Signature of Server

_____
Address of Server

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.