UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| **DIRECTV, Inc.** ) | Case No.: **03cv12284-JLT** |
| ) | |
| Plaintiff, ) | |
| ) | **NOTICE OF VOLUNTARY DISMISSAL** |
| vs. ) | **WITHOUT PREJUDICE** |
| ) | |
| **James Constantino** ) | |
| ) | |
| Defendant ) | |

Pursuant to the provisions of Fed. R. Civ. P. 41(a)(1)(i), the Plaintiff discontinues the above-entitled action and dismisses the complaint without prejudice and without cost to either party.

Respectfully Submitted for the Plaintiff,
DIRECTV, Inc.
By Its Attorney,

6/14/04
Date

John M. McLaughlin
MCLAUGHLIN SACKS
31 Trumbull Road
Northampton, MA 01060
Telephone: (413) 586-0865
BBO No. 556328

Page 1

## CERTIFICATE OF SERVICE

    I, John M. McLaughlin, attorney for the Plaintiff, hereby certify that on this ___ day of _____, 2004, a copy of the foregoing Notice of Dismissal was mailed first class to:

Attorney Raymond Sayeg
Four Longfellow Place
Suites 3501-06
Boston, MA 02114

_____
John M. McLaughlin, Esq.